AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

MICHAI FREEMAN

Plaintiff(s),

V.

JOHN F. KENNEDY UNIVERSITY, et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** ; order

CASE NUMBER: CV-09-1839 EMC

Notice is hereby given that, subject to approval by the court, __Berkeley Business Center, LP__ substitutes
(Party (s) Name)

__Mark L. Dawson, Esq.__ , State Bar No. __166956__ as counsel of record in
(Name of New Attorney)

place of __Nairi Chakalian, Esq.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Craddick, Candland & Conti

Address: 915 San Ramon Valley Boulevard, Suite 260, Danville, CA 94526

Telephone: (925) 838-1100     Facsimile (925) 743-0729

E-Mail (Optional): mdawson@ccclawfirm.com

I consent to the above substitution.

Date: 9/18/09

*[signature]*
Berkeley Business Center, LP
(Signature of Party (s))

I consent to being substituted.

Date: 9-9-09

*Nairi Chakalian*
*Haight Brown & Bonesteel LLP*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/4/2009

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/2/09

*[signature]*
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]