AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

MICHAI FREEMAN

Plaintiff (s),

V.

JOHN F. KENNEDY UNIVERSITY, et al.

Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:09-cv-01839-EMC

Notice is hereby given that, subject to approval by the court, __BERKELEY BUSINESS CENTER, L.P__ substitutes
(Party (s) Name)

__Mark L. Dawson (Middlebrook Kaiser Hengesbach & Dawson)__ , State Bar No. __166956__ as counsel of record in
(Name of New Attorney)

place of __Mark L. Dawson, Esq. (Craddick, Candland & Conti)__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Middlebrook, Kaiser, Hengesbach & Dawson
Address:      500 La Gonda Way , Suite 215, Danville, CA  94526
Telephone:    (925) 718-1040         Facsimile  (925) 743-1148
E-Mail (Optional):

I consent to the above substitution.
Date:   3-15-10

*BBC II LP* /s/ G.P. Manager
(Signature of Party (s))

I consent to being substituted.
Date:   3/12/2010

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   3/12/2010

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   3/31/10

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney.]