1

𝕿𝖍𝖎𝖒𝖊𝖘𝖈𝖍 𝕷𝖆𝖜 𝕺𝖋𝖋𝖎𝖈𝖊𝖘
TIMOTHY S. THIMESCH, ESQ. 148213
GENE A. FARBER, ESQ. 44215 – Of Counsel

2

158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

3

tim@thimeschlaw.com
genefarber@gmail.com

4

Attorneys for Plaintiff MICHAI FREEMAN

5

DANIEL R. FRIEDENTHAL, ESQ. (No. 136847)
FRIEDENTHAL, HEFFERNAN & KLEIN, LLP
200 S. Los Robles Avenue

6

Suite 410, Pasadena, CA 91101-5818
Telephone. (626) 628-2800
Facsimile (626) 628-2828

7

Email: dfriedenthal@fhklegal.com

8

Attorneys for Defendant JOHN F. KENNEDY
UNIVERSITY

MARK L. DAWSON, ESQ. (No. 166956)
ERIC RITIGSTEIN, ESQ. (No. 249026)
MIDDLEBROOK, KAISER, HENGESBACH & DAWSON
500 La Gonda Way, Suite 215
Danville, CA 94526
Telephone: (925) 718-1040
Facsimile: (925) 743-1148

Email: mdawson@ccclawfirm.com
Email: eritigstein@ccclawfirm.com

9

10

Attorneys for Defendants BERKELEY BUSINESS CENTER
II, L.P., formerly known as and appearing as Berkeley
Business Center, L.P; and for HS MANAGEMENT
ADVISORS, LLC, formerly known as and erroneously sued
as Ashby Plaza, LLC

11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12

13

MICHAI FREEMAN,

14

Plaintiff,

15

v.

16

JOHN F. KENNEDY UNIVERSITY;

17

BERKELEY BUSINESS CENTER, L.P.;
ASHBY PLAZA LLC; and DOES 1

18

through 50,,

19

Defendants.

CASE NO. CV-09-1839 EMC
Civil Rights

**STIPULATION AND [Proposed] ORDER
FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; AND FOR
REFERRAL TO MAGISTRATE JUDGE FOR
A JUDICIAL SETTLEMENT CONFERENCE**

**Case Management Conference:**
Date:      April 7, 2010
Time:      1:30 PM
Place:     Courtroom C, 15th Fl.
Judge:     Hon. Edward M. Chen

20

21

22

/

23

24

        The parties request a 60 day continuance of the Case Management Conference scheduled

25

for April 7, 2010 to permit completion of the also-requested judicial settlement conference.  The

26

parties are pleased to report that they have been cooperating.   At the time of writing this

27

statement, the parties have already completed a joint site inspection of both campuses.  This was

28

attended by all parties, consultants and counsel as required by General Order 56.  Plaintiff has

1   provided defendants with her demand as to remediations along with the reports of her principle

2   access consultants Barry Atwood and Peter Margen, as well as proposed remediation drawings by

3   general contractor consultant Karl Danz.  Defendants have returned responsive reports as to both

4   campuses by access consultant Kim Blackseth.   Tentative agreements appear to have been

5   reached already on many issues.  The parties are in the process of scheduling a final follow-up

6   meeting under GO 56, which will occur within the next several weeks between all parties and

7   consultants.  This will attempt to resolve the remediation claims, after which the parties will

8   immediately turn to negotiation of the remaining monetary claims.   They anticipate reaching

9   either resolution or impasse within the next 60 days.

10       In order to maintain the momentum toward settlement and to assist the parties in their

11   negotiations, the parties request referral of this matter to a judicial settlement conference before a

12   magistrate judge.

13       There is substantial good cause for a referral.  This case is complicated by claims

14   pertaining to JFK's educational policies, practices and procedures.  The parties believe the

15   divisive nature of these issues, the extended nature of the relationship between Ms. Freeman and

16   JFK staff, as well as the substantial size of potential statutory damages, will require the firm

17   assistance of a magistrate judge, who will be more effective at dealing with the factual and legal

18   ////

19

20

21

22

23

24

25

26

27

28

1   issues, as well as certain complexities regarding contribution. The parties suggest referral to the

2   matter to magistrate judge Elizabeth La Porte.

3

4   Dated: March 31, 2010                    THIMESCH LAW OFFICES
                                             TIMOTHY S. THIMESCH
5
                                             /s/ Authorized Signed
6                                            Attorneys for Plaintiff
                                             MICHAI FREEMAN
7

8   Dated: March 31, 2010                    DANIEL R. FRIEDENTHAL, ESQ.
                                             FRIEDENTHAL, HEFFERNAN & KLEIN, LLP.
9
                                             /s/ Authorized Signed
10                                           Attorneys for Defendant
                                             JOHN F. KENNEDY UNIVERSITY
11

12  Dated: March 31, 2010                    DAVID W. EVANS, ESQ.
                                             NAIRI PATERSON, ESQ.
13                                           HAIGHT BROWN & BONESTEEL LLP

14
                                             MARK L. DAWSON, ESQ.
15                                           ERIC RITIGSTEIN, ESQ.
                                             CRADDICK CANDLAND & CONTI
16
                                             /s/ Authorized Signed
17                                           Attorneys for Defendants
                                             BERKELEY BUSINESS CENTER II, L.P.,
18                                           formerly known as and appearing as Berkeley
                                             Business Center, L.P; and for HS MANAGEMENT
19                                           ADVISORS, LLC, formerly known as and
                                             erroneously sued as Ashby Plaza, LLC

20

21

22                                **ORDER**

23      SO ORDERED.       The CMC is reset from 4/7/10 at 1:30 pm to 7/14/10 at 1:30 p.m., and a
                          joint CMC statement shall be filed by 7/7/10.  This case is referred to
24                        Magistrate Judge Elizabeth D. Laporte for settlement conference.
                          Settlement conference is to be held within 90 days.
25      Dated: 3/31/10
                                             HON. EDWARD M. CHEN
26                                           MAGISTRATE JUDGE FOR U.S. DISTRICT COURT

27

28

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA