1  **Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. 148213
2  GENE A. FARBER, ESQ. 44215 – Of Counsel
158 Hilltop Crescent
3  Walnut Creek, CA 94597-3452
Tel: 925/588-0401
4  tim@thimeschlaw.com
genefarber@gmail.com
5
Attorneys for Plaintiff MICHAI FREEMAN
6

7            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
8

9  MICHAI FREEMAN,                       CASE NO. CV-09-1839 EMC
                                         Civil Rights
10           Plaintiff,

11  v.                                   **PLAINTIFF'S REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT** ; ORDER
12  JOHN F. KENNEDY UNIVERSITY;
    BERKELEY BUSINESS CENTER, L.P.;
13  ASHBY PLAZA LLC; and DOES 1
    through 50,,
14
             Defendants.
15  _____/

16

17       The parties are pleased to report that thanks to the efforts of Magistrate Judge Elizabeth D.

18  Laporte, this matter settled in all respects at the Judicial Settlement Conference on June 18, 2010.

19  The settlement resolved all of Plaintiff's claims, including injunctive relief, statutory and bodily

20  injury damages, and reasonable statutory attorney fees, litigation expenses and costs.

21       Pursuant to the terms of the on-the-record settlement, the parties request that this Court

22  dismiss the action with prejudice, but that the Court maintain continuing jurisdiction to interpret

23  ////

24

25

26

27

28

**Request for Dismissal With Retained Jurisdiction:**
**Case No. C09-0588 WHA**

1  and enforce the settlement agreement.

2

3  Dated: July 20, 2010                    THIMESCH LAW OFFICES
                                           TIMOTHY S. THIMESCH, ESQ.
4                                          GENE FARBER, ESQ. – Of Counsel

5                                          /S/ Signature Authorized
                                           Attorneys for Plaintiff
6                                          HOLLYNN D'LIL

7  **APPROVED AS TO FORM:**

8  Dated: July 20, 2010                    DANIEL R. FRIEDENTHAL, ESQ.
                                           FRIEDENTHAL, HEFFERNAN & KLEIN, LLP.
9
                                           /s/ Authorized Signed
10                                         Attorneys for Defendant
                                           JOHN F. KENNEDY UNIVERSITY
11

12 Dated: July 20, 2010                    MARK L. DAWSON, ESQ.
                                           ERIC RITIGSTEIN, ESQ.
13                                         CRADDICK CANDLAND & CONTI

14                                         /s/ Authorized Signed
                                           Attorneys for Defendants
15                                         BERKELEY BUSINESS CENTER II, L.P.,
                                           formerly known as and appearing as Berkeley
16                                         Business Center, L.P; and for HS MANAGEMENT
                                           ADVISORS, LLC, formerly known as and
17                                         erroneously sued as Ashby Plaza, LLC

18

19                                         **ORDER**

20 SO ORDERED.

21

22 Dated: 8/18/10

23                                         _____
                                           IT IS SO ORDERED
24                                         Judge Edward M. Chen
                                           UNITED STATES DISTRICT COURT
25                                         NORTHERN DISTRICT OF CALIFORNIA

26

27

28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. C09-0588 WHA**

— 2 —